UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
METROPOLITAN DENTAL ARTS P.C., on
behalf of itself and all others similarly situated,

                 Plaintiff,                       JUDGMENT
                                                      20-CV-2443 (WFK) (RER)

            -against-

THE HARTFORD FINANCIAL SERVICES
GROUP, INC., and SENTINEL INSURANCE
COMPANY, LTD.,
                 Defendants.
------------------------------------------------------------ X

       A Decision and Order of Honorable William F. Kuntz, II, United States District Judge, having been filed on October 13, 2021, granting Defendants' motion to dismiss; and dismissing Plaintiff's Complaint with prejudice; it is

       ORDERED and ADJUDGED that Defendants' motion to dismiss is granted and that Plaintiff's Complaint is dismissed with prejudice.

Dated: Brooklyn, NY                                       Douglas C. Palmer
       October 14, 2021                                    Clerk of Court

                                                                   By: */s/Jalitza Poveda*
                                                                       Deputy Clerk